IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEDRIC CAIRO PIPPEN                                                                                      PLAINTIFF

v.                                          Case No. 6:25-cv-6104

FRANK BISIGNANO,                                                                                          DEFENDANT
Commissioner, Social Security Administration

## ORDER AND JUDGMENT

Before the Court is a Report and Recommendation issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 13. Judge Singleton recommends that Defendant's Unopposed Motion for Reversal and Remand (ECF No. 11) be granted and that Plaintiff's case be reversed and remanded to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further review of Plaintiff's Social Security benefits claim.  No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts Judge Singleton's R&R (ECF No. 13) in toto.  Accordingly, Defendant's Motion for Reversal and Remand (ECF No. 11) hereby is **GRANTED**.  Accordingly, the Defendant's decision is hereby **REVERSED**, and this case is hereby **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration of Plaintiff's Social Security benefits claim.

**IT IS SO ORDERED**, this 12th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge