IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEDRIC CAIRO PIPPEN                                                          PLAINTIFF

v.                                    Case No. 6:25-cv-6104

COMMISSIONER, Social
Security Administration                                                     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Singleton recommends that the parties' Joint Motion for Attorney's Fees (ECF No. 15) be granted and that Plaintiff be awarded $7,250.00 in attorney's fees and $405.00 for reimbursement of filing fees. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 16) in toto. Accordingly, the parties' Joint Motion for Attorney's Fees (ECF No. 15) is hereby **GRANTED**. Plaintiff is hereby awarded $7,250.00 in attorney's fees and $405.00 for reimbursement of filing fees.

**IT IS SO ORDERED**, this 5th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge